IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| HOMERO VALADEZ AND DIMAS SANCHEZ <br><br> VS. <br><br> GOLDING TRANSPORT, INC. | § <br> § <br> § <br> §    CIVIL ACTION NO. 2:12-CV-0048 <br> § <br> § <br> § <br> § |

## NOTICE OF REMOVAL OF DEFENDANT GOLDING TRANSPORT, INC.

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, GOLDING TRANSPORT, INC., hereby remove this action to the United States District Court for the Western District of Texas from the 365TH Judicial District Court of Maverick County, Texas, stating as follows:

1.    Plaintiffs, HOMERO VALADEZ AND DIMAS SANCHEZ, commenced this action in the 4365TH Judicial District Court of Maverick County, Texas, where it was given Cause No. 12-05-27505MCVAJA.  This action is between citizens of different states.  Plaintiffs are resident of Texas.  Defendant is a North Carolina Corporation.  Further, Plaintiffs claim damages for serious personal injury.  Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2.    Defendant received the summons and complaint on July 3 2012, so this removal is timely under 28 U.S.C. § 1446(b).

3.    A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4.  Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 365th Judicial District Court of Maverick County, Texas.

Dated: July 9, 2012

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
ATTORNEYS FOR DEFENDANT
GOLDING TRANSPORT, INC.

OF COUNSEL:
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950

## CERTIFICATE OF SERVICE

I hereby certify that on the 9 day of July 2012, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel as follows:

**E-Filing Notification System and/or Facsimile**
Michael Cowen
Lucia Ceaser
THE COWEN LAW GROUP
62 E. Price Road
Brownsville, Texas 78521
**ATTORNEY FOR PLAINTIFF**

_____
LARRY D. WARREN

{01944570.DOCX / }